UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN C. MOORE,                              :
                                             :
            Plaintiff                        :
                                             :
                                             :
      v.                                     : CIVIL NO. 3:CV-13-2771
                                             :
ANGELA D. MANN, et al.,                      : (Judge Kosik)
                                             :
            Defendants                       :

## ORDER

AND NOW, THIS    7 ᵗʰ   DAY OF AUGUST, 2014, IT IS HEREBY

ORDERED AS FOLLOWS:

1.   Plaintiff's motion for a preliminary injunction (Doc. 11) is **denied**.

2.   The standing complaint in this action is Document 10.  The Clerk of Court is directed to provide a copy of the standing complaint (Doc. 10) and this order to the United States Marshal for service upon the Defendants named therein.

3.   Plaintiff's motion to order Defendants to answer the complaint (Doc. 14) is **denied as moot**.

EDWIN M. KOSIK
United States District Judge