UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN C. MOORE, | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:CV-13-2771 |
| | : |
| ANGELA D. MANN, et al., | : (Judge Kosik) |
| | : |
|     Defendants | : |

## **ORDER**

**AND NOW, THIS 17th DAY OF FEBRUARY, 2015,** upon consideration of Defendants' motion to stay discovery (Doc. 31), **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to stay discovery (Doc. 31) is **granted**. All discovery in this matter is stayed pending resolution of Defendants' pending motion to dismiss.

2. The Clerk of Court is directed to **strike from the record and return to Plaintiff** all of the discovery requests filed in the above matter. (Docs. 33-40, 41-49).

                                                              s/Edwin M. Kosik
                                                            EDWIN M. KOSIK
                                                            United States District Judge