# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN C. MOORE, | No. 4:13-CV-02771 |
| Plaintiff. | (Judge Brann) |
| v. | |
| ANGELA D. MANN, et al., | |
| Defendants. | |

## ORDER

**MAY 23, 2018**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 98, is **GRANTED**.

2. The Report and Recommendation of Magistrate Judge Martin C. Carlson, ECF No. 115, is **REJECTED**.

3. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge