# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN C. MOORE,** | : | Civil No. 3:13-CV-02771 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **ANGELA D. MANN,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 13th day of January 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion for summary judgment (Doc. 139) is DENIED. The defendants are directed to file a motion for a bifurcated trial of the exhaustion issue in this case **on or before January 28, 2022**.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge